IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                        NO. 4:08C00407 HDY

STEPHEN LOOSEY                                                 DEFENDANT

### ORDER

The Government has filed the pending motion to dismiss.  See Document 9.  For the reason stated in the motion, it is granted.  The citation evidenced in Violation Notice F3695572 is dismissed pursuant to General Order 52 and Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this ___2___ day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE